FILED
2017 Aug-09 AM 10:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JACKI BECK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7:16-cv-01845-LSC |
| ) | |
| FINANCIAL TECHNOLOGY ) | |
| CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

The Court has before it Defendants' Motion to Dismiss (Doc. 20). The Plaintiff has ten (10) days from the date of this Order to respond to the Motion. Plaintiff's response shall not exceed thirty (30) double spaced pages. Defendants will thereafter have seven (7) days to file a reply, not to exceed ten (10) double spaced pages. The type size for all submissions must be at least 14 points, except that footnotes may be in 12 point type. After the briefing period has expired, the Court will take the Defendants' motion under consideration without further notice to the parties.

**DONE** and **ORDERED** this 9th day of August 2017.

                                                           L. SCOTT COOGLER
                                       UNITED STATES DISTRICT JUDGE

                                                                                  186291