FILED
2017 Nov-27  PM 02:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| JACKIE BECK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 7:16-cv-01845-LSC |
| ) | |
| FINANCIAL TECHNOLOGY ) | |
| CORP., *ET AL.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DIMISSAL

In accordance with the memorandum of opinion entered contemporaneously herewith (doc. 25) and for the reasons stated therein, Defendants' motion to dismiss (doc. 20) is **GRANTED**. All claims asserted by Plaintiff are dismissed. Accordingly, this case is **DISMISSED** with prejudice.

Costs are taxed to Plaintiff.

**DONE** and **ORDERED** on November 27, 2017.

L. Scott Coogler
United States District Judge

190685